DANIEL G. BOGDEN
United States Attorney
BRADLEY W. GILES
Assistant United States Attorney
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6300 / Fax: (702) 388-6698

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-cr-00062-PMP-LRL |
| Plaintiff, ) | |
| v. ) | **GOVERNMENT'S MOTION FOR HALF-WAY HOUSE PLACEMENT** |
| ROBERT MATTHIES, ) | (UNCONTESTED) |
| Defendant. ) | |

### CERTIFICATION

Pursuant to LCR 12-1, undersigned counsel hereby certifies that this response is filed in a timely manner.

### MOTION FOR HALF-WAY HOUSE PLACEMENT

Comes now, the United States of America, by and through counsel, Daniel G. Bogden, United States Attorney for the District of Nevada, and Bradley W. Giles, Assistant United States Attorney, in response to this Court's Order, filing a motion and proposed form of Order which will allow the Federal Bureau of Prisons to place the above-captioned Defendant in a Half-way house (also know as a Residential Re-Entry Center) pursuant to this Court's Order of July 26, 2010.

On today's date, the Defendant came before this Court and entered an admission to violations of the terms of his probation. The parties presented a proposed disposition agreement, which was adopted by the Court. Pursuant to that agreement, the Court found that the Defendant violated the conditions of his probation. Thereafter, it was Ordered that the Defendant continue on Probation with the following modification: The Defendant shall reside in the residential re-entry center for a period of three months. The Court then Ordered the Government to submit a proposed form of Order (which is now required by the Bureau of Prisons) to facilitate the Defendant's placement.

Wherefore, it is respectfully requested that the Court sign the attached proposed form of Order to ensure the Defendant's placement in the half-way house. Defendant, by and through counsel, is in concurrence with this request.

Respectfully submitted this, the 26th day of July, 2010

DANIEL G. BOGDEN
United States Attorney

/s/ Bradley W. Giles

BRADLEY W. GILES
Assistant United States Attorney

## CERTIFICATE OF ELECTRONIC SERVICE

This is to certify that the undersigned has served counsel for Defendant Robert Matthies with the foregoing by means of electronic filing.

/s/ Bradley W. Giles
_____
BRADLEY W. GILES
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-cr-00062-PMP-LRL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT MATTHIES, | ) | |
| Defendant. | ) | |

Presently before the Court is the matter of *United States v. Robert Matthies,* 2:09-cr-00158-JCM-RJJ.

On July 26, 2010, this Court held a hearing for revocation of probation as to Defendant Matthies. The parties presented a proposed disposition agreement which was accepted by this Court. Pursuant to that agreement, the Court sentenced the Defendant to serve a term of three months within the Las Vegas Community Corrections Center (LVCC) half-way house (also know as the Residential Re-Entry Center) as a term of his probation.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Defendant Matthies reside in the LVCC Residential Re-Entry Center for a period of **3 months**. It is further Ordered that all previous conditions and terms of his probation remain in effect.

Dated this _ 26th day of July, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

3